UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **FRANCISCO MARTINEZ,** | : | VIOLATION: 21 U.S.C. § 841(a)(1) |
| also known as | : | and § 841(b)(1)(B)(ii) |
| **Francisco Martinez Rodriguez,** | : | (Unlawful Possession With Intent to Distribute |
| **Defendant.** | : | 500 Grams or More of Cocaine) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about November 20, 2007, within the District of Columbia, **FRANCISCO MARTINEZ, also known as Francisco Martinez Rodriguez**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more.

(**Unlawful Possession With Intent to Distribute of 500 Grams or More of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.