UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          Criminal No. 07-355 (JDB)

v.

FRANCISCO MARTINEZ,
also known as
Francisco Martinez Rodriguez,
                    Defendant.
_____/

**FILED**

MAR 0 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PROFFER OF EVIDENCE

If this case were to go to trial, the Government's evidence would establish the following beyond a reasonable doubt:

1. On multiple occasions over the past few years, the defendant, Francisco Martinez, purchased cocaine from Lorenzo Coca, sometimes in half-kilogram amounts. Thereafter, the defendant re-sold the cocaine to various customers in the District of Columbia and its metropolitan area.

2. On November 20, 2007, while under surveillance by members of the Drug Enforcement Administration ("DEA"), the defendant purchased and received approximately a half-kilogram of cocaine from Coca in the parking lot of a shopping center in Adelphi, Maryland. The defendant intended to distribute that cocaine to his customers. However, the defendant's automobile was subsequently stopped in Northwest Washington, D.C., and DEA members recovered from the vehicle 498.6 grams of cocaine that the defendant had just purchased from Coca. The defendant was then placed under arrest.

3. Over the course of his dealings with Coca, the defendant was accountable for

distributing at least two kilograms of cocaine.

This proffer of evidence is not intended to constitute a complete statement of all facts known by the defendant or the Government, but is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for the defendant's plea of guilty to the charge of Unlawful Possession With Intent to Distribute Cocaine, in violation of 21 U.S.C. Sections 841(a)(1) and 841(b)(1)(C).

                                  Respectfully submitted,

                                  Jeffrey A. Taylor
                                United States Attorney
                                DC Bar No. 498610

By:        */s/ Gregory G. Marshall*
                    Gregory G. Marshall
                    Assistant United States Attorney
                    CT Bar No. 409959
                    (202) 353-7557
                    gregory.marshall@usdoj.gov

## Defendant's Acceptance

I have read the Proffer of Evidence setting forth the facts as to my conduct involving the charge of Unlawful Possession With Intent to Distribute Cocaine, in violation of 21 U.S.C. Sections 841(a)(1) and 841(b)(1)(C). I have discussed this proffer fully with my attorney, Tony Miles, Esquire. I fully understand this proffer and I acknowledge its truthfulness, agree to it, and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 03-05-08

Francisco Martinez
Defendant

## Attorney's Acknowledgment

I have read each of the pages constituting the Government's Proffer of Evidence as to the charge against my client, Unlawful Possession With Intent to Distribute Cocaine, in violation of 21 U.S.C. Sections 841(a)(1) and 841(b)(1)(C). I have reviewed the entire proffer with my client and have fully discussed it with him.

Date: 3/5/08

Tony Miles, Esquire
Counsel for Francisco Martinez