CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No.   07-355 (JDB) |
| | ) | |
| | ) | **FILED** |
| FRANCISCO MARTINEZ | ) | MAR 0 5 2008 |
| | | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____        Date: March 5, 2008
Judge John D. Bates