HONORABLE JO( ) D. BATES, UNITED STATES DI( )RICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>07CR355-01</u> |
| | : | |
| vs. | : | |
| | : | |
| MARTINEZ, FRANCISCO | : | Disclosure Date: <u>April 24, 2008</u> |

**FILED**
MAY 2 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _____
**Prosecuting Attorney**                                                                 **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____    _Tony W. Miss_ 5/7/08
**Defendant                   Date**                                **Defense Counsel              Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **May 7, 2008**, to U.S. Probation Officer **Michael Segal**, telephone number **(202) 565-1460**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Chief
      United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, DC 20004

A. J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

May 7, 2007

**BY FAX (202) 273-0193**

Michael Segal, Psy.D.
United States Probation Officer
3rd & Constitution Ave., N.W.
Washington, D.C. 20001

Re: <u>United States v. Francisco Martinez</u>, Cr. No. 07-355 (JDB)

Mr. Segal:

Attached is the signed Receipt and Acknowledgment. The defense has found that the following factual/material inaccuracies exist in the pre-sentence report regarding the above mentioned case:

-On page 1, the report should note that Mr. Martinez was arrested on November 20, 2007 in connection with the instant offense had he has remained incarcerated since his arrest. Mr. Martinez's case was initially prosecuted in the Superior Court for the District of Columbia. The case was later brought to the District Court and Mr. Martinez had his initial appearance/arraignment on January 18, 2008.

-On page 2, the report should state that Mr. Martinez has two dependants.

-On page 7, paragraph 35, the PSR incorrectly states that Mr. Martinez's biological parents have three children. Mr. Martinez advises that he is the only child his biological parents had together. Sergio Martinez and Madeleine Martinez share the same father with Mr. Martinez but they have a different mother.

-On page 7, paragraph 37, the PSR should reflect that Mr. Martinez was about 18 years of age (not 13) when he attempted to flee Cuba.

-On page 7, paragraph 39, the PSR should state that Mr. Martinez does provide financial support to both of his children, including Amanda.

-On page 8, paragraph 40, the PSR should note that Mr. Martinez's son, D'Angelo, was

recently diagnosed with having a mental illness related disability.

    -On page 8, paragraph 43, the PSR should include a statement that Mr. Martinez is ashamed of his drug problem and he is very serious about wanting to eradicate this problem. The PSR should also note that Mr. Martinez is interested in substance abuse treatment.

Thank you for your assistance.

                                                  Sincerely,

                                                  Tony W. Miles
                                                  Asst. Federal Public Defender

cc: AUSA Gregory Marshall