MAY-02-2008  13:54          US ATTY                                                                P.001/001

## HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>07CR355-01</u> |
| | : | |
| vs. | : | |
| | : | |
| MARTINEZ, FRANCISCO | : | Disclosure Date: <u>April 24, 2008</u> |

**FILED**

**MAY 2 3 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)

( ✓ )   There are no material/factual inaccuracies therein.

( )     There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _____5/2/08_____
**Prosecuting Attorney**                                                   Date

#### For the Defendant

(CHECK APPROPRIATE BOX)

( )     There are no material/factual inaccuracies therein.

( )     There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____          _____          _____
**Defendant**                    Date                          **Defense Counsel**                    Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2). those executing this form shall first submit any material inaccuracies or disputes in writing by **May 7, 2008**, to U.S. Probation Officer **Michael Segal**, telephone number **(202) 565-1460**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

### FOR THE COURT

**By:**    Gennine A. Hagar. Chief
            United States Probation Officer