

**FILED**

MAY 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Leave to file GRANTED**

John D. Bates
**United States District Judge**

May 21, 2008

Maria Lugo
Program Manager
Viking Contractors Inc.
1323 Apple Avenue
Silver Spring, MD 20910

Re: Mr. Francisco Martinez

*USA V. MARTINEZ*

Dear Judge:

I have known Francisco Martinez since 1996, he is a caring, warm individual that has a lot of potential. In the time that I have known him he has always seem to be an outgoing, helpful, giving person. I think that he has made some bad choices, or has been influenced in the wrong direction. The situation that he now finds himself in will get him back in the right path.

Francisco is a hard worker given the right opportunity, I'm sure that if he was to find a position in the workplace where he thought he was useful and important, he would be great in it. He was once employed at NOAS where he was a chauffer and he was very happy there.

This has given him time to think and valuate life and those who care for his well being.

Sincerely,

Maria Lugo

Viking Contractors Inc. 1323 Apple Ave Silver Spring, MD 20910 Tel: (301) 495-084 Fax:
(301) 495-0842