UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| vs. | : | Criminal No.   07-355 (JDB) |
| **FRANCISCO MARTINEZ** | : | |

# NOTICE OF APPEAL

**Name and address of appellant:**   Francisco Martinez
**Name and address of appellant's attorney:**   Tony W. Miles
Neil Jaffee
Federal Public Defender
625 Indiana Ave.,.W., Suite 550
Washington, DC 20004

**Offense:**

21 USC 841(a)(1) and 841(b)(1)(C); Unlawful Possession With Intent to Distribute Cocaine

**Concise statement of judgment or order, giving date, and any sentence:** Forty-six (46) months on count one (1) with credit for timed served since 11/20/07. Three years supervised release on count one.

**Name of institution where now confined, if not on bail:** DC Jail

**I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.**

 5/30/08                                                                  Francisco Martinez
DATE                                                                         APPELLANT


CJA, NO FEE                                                        /s/
PAID USDC FEE _____                Tony W. Miles
PAID USCA FEE _____                ATTORNEY FOR APPELLANT

Does counsel wish to appeal on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes